**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

NA'QUAN THOMAS,                          :
    Plaintiff,                         :
                                       :
v.                                        :          CIVIL ACTION NO. 26-CV-0149
                                       :
THE ARBOR COMPANY, *et al.*,              :
    Defendants.                        :

**ORDER**

AND NOW, this  13th  day of May, 2026, upon consideration of Plaintiff Na'Quan

Thomas's Amended Complaint (ECF No. 7) it is **ORDERED** that:

1.    The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons

stated in the Court's Memorandum.

2.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.


        **BY THE COURT:**


        _____
        **MARY KAY COSTELLO, J.**